1  JENNIFER H. LEE (SBN 247498)
   WILMER CUTLER PICKERING HALE AND DORR LLP
2  1117 California Avenue
   Palo Alto, CA 94304
3  Phone: (650) 858-6000
   Fax: (650) 858-6100
4  Email: Jennifer.lee@wilmerhale.com

5  Attorneys for Defendants
   CHASE BANK USA, N.A., and
6  JPMORGAN CHASE & CO.

7

8                         **UNITED STATES DISTRICT COURT**

9                         **NORTHERN DISTRICT OF CALIFORNIA**

10

11 | CELESTE BRACKLEY, On Behalf of Herself  )   Case No. C 07 0772 SC
      and All Others Similarly Situated,               )
                                                       )   **STIPULATION TO EXTEND TIME FOR**
12 |          Plaintiffs,                              )   **NON-HSBC DEFENDANTS TO FILE A**
                                                       )   **RESPONSE TO PLAINTIFFS'**
13 |     vs.                                           )   **CLASS ACTION COMPLAINT**
                                                       )
14 | BANK OF AMERICA, N.A., BANK OF                    )   Action Filed: February 6, 2007
      AMERICA CORP., CAPITAL ONE                       )
15 | FINANCIAL CORP., CHASE BANK USA,                  )
      N.A., JP MORGAN CHASE & CO.,                     )
16 | CITIBANK N.A., CITIGROUP, INC.,                   )
      WASHINGTON MUTUAL, INC., HSBC                    )
17 | NORTH AMERICA HOLDINGS, INC., HSBC                )
      FINANCE CORP. and WELLS FARGO &                  )
18 | COMPANY,                                          )
                                                       )
19 |          Defendants.                              )
                                                       )
20 |_____            )

21

22        To the Court, all parties and their attorneys of record:

23        WHEREAS, Plaintiff Celeste Brackley, on behalf of herself and all others

24 similarly situated ("Plaintiffs") filed a class action complaint (the "Complaint") in the

25 above-captioned action on or about February 6, 2007;

26        WHEREAS, Plaintiffs served the Complaint on certain defendants on or after

27 February 8, 2007;

28

_____1_____
STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT

1   WHEREAS, Plaintiffs and defendants HSBC North America Holdings, Inc. and
2   HSBC Finance Corporation (collectively, "HSBC") filed a Stipulation extending the time
3   for HSBC to respond to the Complaint up to and including March 26, 2007;
4   WHEREAS, on or about February 8, 2007, Plaintiffs filed an "Administrative
5   Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and
6   L.R. 7-11," requesting that this action be related to the action captioned, <u>Andrew T.
7   Pinon, et al. v. Bank of America, N.A., et al.</u>, No. C07-0634, pending in the United States
8   District Court for the Northern District of California (Complaint filed January 31, 2007);
9   WHEREAS, Plaintiffs have agreed to extend the time for defendants Chase Bank
10  USA, N.A., JPMorgan Chase & Co., Bank of America Corporation, Bank of America,
11  N.A., Capital One Financial Corporation, Citigroup Inc, Citibank (South Dakota), N.A.
12  (improperly named as Citibank N.A.), Washington Mutual, Inc., and Wells Fargo &
13  Company (collectively, the "Non-HSBC Defendants") to respond to the Complaint up to
14  and including March 26, 2007;
15  WHEREAS, extending the time for the Non-HSBC Defendants to file a response
16  up to and including March 26, 2007 will not prejudice any party in any way and will not
17  alter the day for any hearing set by the court, pursuant to Local Rule 6-1(a);
18  IT IS HEREBY STIPULATED by and between the Parties, through counsel of
19  record for Plaintiffs and counsel of record for the Non-HSBC Defendants, that the
20  deadline of the Non-HSBC Defendants to file their response to the Complaint shall be
21  extended to March 26, 2007.
22  IT IS SO STIPULATED.
23
24  Dated: February 28, 2007          WILMER CUTLER PICKERING
25                                             HALE AND DORR LLP
26                                     By:   /s/    Jennifer H. Lee_____
                                             Jennifer H. Lee
27
28                                     Attorneys for CHASE BANK USA, N.A.
                                       And JPMORGAN CHASE & CO.

2
STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT

E-filing attestation:  I, Jennifer H. Lee, am the ECF User whose ID and password are being used to file this document.  In compliance with General Order 45.X.B., I hereby attest that each of the six signatories identified below has concurred in this filing.

Dated:  February 28, 2007                    SCOTT + SCOTT LLP

By: /s/    Arthur L. Shingler III
      Arthur L. Shingler III

Attorneys for Plaintiffs

Dated: February 28, 2007                    MORRISON & FOERSTER LLP

By: /s/    Stuart C. Plunkett
      Stuart C. Plunkett

Attorneys for BANK OF AMERICA CORPORATION and BANK OF AMERICA, N.A.

Dated: February 28, 2007                    O'MELVENY & MYERS LLP

By: /s/    Michael F. Tubach
      Michael F. Tubach

Attorneys for CAPITAL ONE FINANCIAL CORPORATION

Dated: February 28, 2007                    SIDLEY AUSTIN LLP

By: /s/    Geoffrey M. Ezgar
      Geoffrey M. Ezgar

Attorneys for CITIBANK (SOUTH DAKOTA), N.A. (incorrectly named as Citibank, N.A.) and CITIGROUP INC

_____3_____
STIPULATION EXTENDING TIME TO FILE RESPONSE TO COMPLAINT

| | | |
|---|---|---|
| 1 | Dated:  February 28, 2007 | WASHINGTON MUTUAL, INC. |
| 2 | | By:  / s/     Noel C. Johnson_____ |
| 3 | | Noel C. Johnson |
| 4 | | Attorneys for WASHINGTON MUTUAL, INC. |
| 5 | | |
| 6 | Dated:  February 28, 2007 | COVINGTON & BURLING LLP |
| 7 | | By:  /s/     Sonya D. Winner_____ |
| 8 | | Sonya D. Winner |
| 9 | | Attorneys for WELLS FARGO & COMPANY |

IT IS SO ORDERED

Judge Samuel Conti