1  STROOCK & STROOCK & LAVAN LLP
   JULIA B. STRICKLAND (State Bar No. 83013)
2  STEPHEN J. NEWMAN (State Bar No. 181570)
   2029 Century Park East, Suite 1800
3  Los Angeles, California  90067-3086
   Telephone: 310-556-5800
4  Facsimile:  310-556-5959

5  Attorneys for Defendants
     HSBC NORTH AMERICA HOLDINGS, INC., and
6    HSBC FINANCE CORPORATION

7

8

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

| | |
|---|---|
| 12  CELESTE BRACKLEY, On Behalf of Herself and All Others Similarly Situated, | Case No. C 07 0772 |
| 13 | |
| 14          Plaintiffs, | STIPULATION TO EXTEND TIME FOR HSBC DEFENDANTS TO FILE A RESPONSE TO PLAINTIFFS' CLASS ACTION COMPLAINT |
| 15     vs. | |
| 16  BANK OF AMERICA, N.A., BANK OF AMERICA CORP., CAPITAL ONE FINANCIAL CORP., CHASE BANK USA, N.A., JP MORGAN CHASE & CO., CITIBANK N.A., CITIGROUP, INC., WASHINGTON MUTUAL, INC., HSBC NORTH AMERICA HOLDINGS, INC., HSBC FINANCE CORP. and WELLS FARGO & COMPANY, | Action Filed:  February 6, 2007 |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21          Defendants. | |

50351350

STIPULATION TO EXTEND TIME FOR HSBC DEFENDANTS TO FILE
A RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT
Case No. C 07 0772

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

WHEREAS, Plaintiff Celeste Brackley, on behalf of herself and all others similarly situated ("Plaintiffs") filed a class action complaint (the "Complaint") in the above-captioned action on or about February 6, 2007;

WHEREAS, Plaintiffs filed an "Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil L.R. 3-12 and L.R. 7-11" on or about February 8, 2007, requesting consolidation with the action captioned, Andrew T. Piñon, et al. v. Bank of America, N.A., et al., No. C07-0634, pending in the United States District Court for the Northern District of California (Complaint filed January 31, 2007);

WHEREAS, Plaintiffs have agreed to extend the time for defendants HSBC North America Holdings, Inc., and HSBC Finance Corporation (collectively "HSBC") to respond to the Complaint up to and including March 26, 2007;

WHEREAS, HSBC is informed that other defendants have received a similar extension of time to file a response to Plaintiffs' Complaint;

WHEREAS, extending the time for HSBC to file a response up to and including March 26, 2007 will not prejudice any party in any way and will not alter the date for any hearing set by the court, pursuant to Local Rule 6-1(a).

WHEREAS, the parties agree that by entering into this Stipulation, HSBC does not waive its right to respond to the Complaint by bringing a motion.

/ / /
/ / /
/ / /

1  IT IS HEREBY STIPULATED by and between the Parties, through counsel of
2  record for Plaintiffs, Scott + Scott LLP, and counsel of record for Defendants HSBC,
3  Stroock & Stroock & Lavan LLP, that HSBC shall file their response to Plaintiffs'
4  Complaint no later than March 26, 2007.  IT IS FURTHER STIPULATED that, by
5  entering into this Stipulation, HSBC does not waive its right to respond to the
6  Complaint by bringing a motion.

8  IT IS SO STIPULATED.

10  Dated: February 23, 2007

STROOCK & STROOCK & LAVAN LLP
JULIA B. STRICKLAND
STEPHEN J. NEWMAN

By: *Stephen J. Newman* (signature)
Stephen J. Newman

Attorneys for Defendants
HSBC NORTH AMERICA
HOLDINGS, INC., and HSBC
FINANCE CORPORATION

17  Dated: February 23, 2007

SCOTT + SCOTT LLP
ARTHUR L. SHINGLER III

By: *Arthur L. Shingler III/by permission SJN* (signature)
Arthur L. Shingler III

Attorneys for Plaintiffs



IT IS SO ORDERED
Judge Samuel Conti

50351350

- 2 -
STIPULATION TO EXTEND TIME FOR HSBC DEFENDANTS TO FILE
A RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT
Case No. C 07 0772